UNITED STATES of America, Plaintiff-Appellee,

v.

Mickelle Deangelo BULLOCK, Defendant-Appellant.

No. 17-13466
Non-Argument Calendar

United States Court of Appeals, Eleventh Circuit.

(February 13, 2018)

Germaine Seider, U.S. Attorney Service—Middle District of Florida, U.S. At-

torney's Office, Tampa, FL, for Plaintiff-Appellee

Nicole Mouakar, Rosemary Cakmis, Donna Lee Elm, James T. Skuthan, Federal Public Defender's Office, Orlando, FL, for Defendant-Appellant

Before JORDAN, JILL PRYOR and FAY, Circuit Judges.

PER CURIAM:

Jenny L. Devine, appointed counsel for Mickelle Bullock in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Bullock's conviction and sentence are **AFFIRMED**.